# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

**JENNIFER JOHNSON,**          :
                               :
   Petitioner,             :
                               :
v.                             :
                               :  Civil Action No. 6:05-cv-55(HL)
**GUY HICKMAN, Warden, and**   :
**THURBERT BAKER,**            :
                               :
   Respondent.             :
_____

## **ORDER**

    This matter is before the Court on the Report and Recommendation [doc 12] of United States Magistrate Judge G. Mallon Faircloth entered on January 9, 2006, as amended by Report and Recommendation [doc 14] entered February 1, 2006. For the reasons stated herein, the matter is hereby recommitted to the Magistrate Judge with instructions.

    Jennifer Johnson filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on October 14, 2005. On January 9, 2006, Respondent, Guy Hickman, Warden, filed a Motion to Dismiss the Petition as Untimely. On the same date, the Magistrate Judge entered a Report and Recommendation to grant the Motion. On February 1, 2006, the Magistrate Judge amended the Report and Recommendation to correct the date on which Petitioner's judgment of conviction became final. The amended Report and Recommendation did not contain language advising Petitioner that she had ten days in which to file objections. The Report and Recommendation was then submitted to this Court on February 2, 2006.

It is the opinion of this Court that the Magistrate Judge erred in failing to notify Petitioner of the filing of the Motion to Dismiss and in failing to advise her of the consequences of failing to respond to the Motion.  At a minimum, the Magistrate Judge should have waited twenty days before ruling on the Motion, in order to give Petitioner an opportunity to respond.  Therefore, the Court hereby recommits this matter to the Magistrate Judge with the following instructions:  The Magistrate Judge shall vacate the Report and Recommendation entered January 9, 2006 and the Report and Recommendation entered February 2, 2006.  The Magistrate Judge shall enter an order advising Petitioner of the filing of the Motion to Dismiss and notifying her of her right to respond, as well as the consequences of failing to respond.  After the time for Petitioner to respond has passed, the Magistrate Judge shall enter a new Report and Recommendation on the Motion, advising the parties of the ten-day period for filing objections.  After the time for filing objections has passed, the matter will be resubmitted to the Court.

**SO ORDERED**, this the 7th day of February, 2006.

                                            **s/   Hugh Lawson**
                                            **HUGH LAWSON, JUDGE**

mls