# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

**JENNIFER JOHNSON,**           :
                                 :
   Petitioner,              :
                                 :
v.                               :
                                 :  Civil Action No. 6:05-cv-55(HL)
**GUY HICKMAN, Warden, and**     :
**THURBERT BAKER,**              :
                                 :
   Respondent.              :
_____

# **ORDER**

This matter is before the Court on the Report and Recommendation [doc 21] of United States Magistrate Judge G. Mallon Faircloth entered on March 9, 2006. The Magistrate Judge recommends that this 28 U.S.C.§ 2254 proceeding be dismissed as untimely. Petitioner, Jennifer Johnson, has filed objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). Petitioner does not deny that her § 2254 petition was filed outside the one-year limitations period imposed by AEDPA. Rather, she contends she should be permitted to proceed with her untimely petition because circumstances beyond her control prevented her from filing a timely petition. The Court has reviewed the circumstances, presented in her objections, which Petitioner alleges prevented her from filing timely and finds them insufficient to excuse her delay. Accordingly, the Court accepts the Recommendation of the Magistrate Judge: Respondent's Motion to Dismiss [doc 21] is granted and this matter is hereby dismissed with prejudice.

**SO ORDERED**, this the 22nd day of June, 2006.

<u>s/     Hugh Lawson</u>
**HUGH LAWSON, JUDGE**

mls